IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0156-SI |
| Plaintiff, | ) ) | |
| v. | ) ) | [PROPOSED] ORDER GRANTING APPLICATION FOR SUBPOENA DUCES TECUM |
| ELIJAH COOPER, | ) ) | |
| Defendant. | ) ) | |

The defense has moved for a subpoena pursuant to Federal Rule of Criminal Procedure 17(b) and (c). For good cause shown, the Court authorizes the following subpoena to the San Francisco Police Department for the release of personnel records regarding Officer Ajay Singh.

The Court further directs that all fees and expenses associated with production of the subpoened materials shall be paid as if subpoened by the government.

The recipient of the subpoena shall produce the material on or before Friday, September 4, 2009.

IT IS SO ORDERED.

DATED: _____  _____
HONORABLE SUSAN ILLSTON
United States District Court Judge

1