1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant Elijah Cooper

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        ) No. CR 09-0156 SI
                                      )
12 |          Plaintiff,               ) **STIPULATION AND [PROPOSED]**
                                      ) **ORDER TO CONTINUE SENTENCING**
13 |     v.                            ) **HEARING**
                                      )
14 | ELIJAH COOPER,                    ) **CURRENT HEARING DATE:** May 14,
                                      ) 2010, at 11:00 a.m.
15 |          Defendant.               )                               June 4
                                      ) **PROPOSED HEARING DATE:** ~~May 28,~~
16 |                                   ) 2010, at 11:00 a.m.
   |_____)

17

18

19                              **STIPULATION**

20        Defendant and the government, through their respective counsel, hereby stipulate that,

21 subject to the court's approval, the sentencing hearing in the above-captioned matter, presently

22 set for Friday, May 14, 2010, at 11:00 a.m. be continued until May 28, 2010. The reason for the

23 continuance is that the parties need time to review the final Presentence Report and finalize

24 matters prior to sentencing.

25 / / /

26 / / /

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING;
No. CR 09-0156 SI                          1

1   Both parties and the probation officer are available on the requested date.

2   IT IS SO STIPULATED.

4   Dated:   May 12, 2010                         _____/s/_____
                                                   RONALD C. TYLER
5                                                  Assistant Federal Public Defender
                                                   Counsel for Elijah Cooper

7   Dated:   May 12, 2010                         _____/s/_____
                                                   MATTHEW L. MCCARTHY
8                                                  Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for Friday, May 14, 2010 shall be continued to ~~May 28, 2010~~ June 4, 2010 at 11:00 a.m.

**IT IS SO ORDERED**.

Dated: _____          _____
                                    HONORABLE SUSAN ILLSTON
                                    United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING;
No. CR 09-0156 SI                                  2